**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Christopher HORDGE, Defendant–
Appellant.**

**No. 11–10931
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 5, 2013.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Ezekiel Tyson, Jr., Tyson Law Firm, P.L.L.C., Dallas, TX, for Defendant–Appellant.

Christopher Hordge, Adelanto, CA, pro se.

Before KING, CLEMENT, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Christopher Hordge has moved for leave to withdraw and has filed original and supplemental briefs in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Hordge has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record

reflected therein. We concur with counsel's assessment that the appeal presents no unfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.